

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NOS.  02-15-00164-CR
02-15-00165-CR
02-15-00166-CR
02-15-00167-CR**

BENJAMON RAY STEWART A/K/A                              APPELLANT
BENJAMON TODD STEWART

V.

THE STATE OF TEXAS                                              STATE

------------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1336013D, 1336014D, 1336015D, 1336016D

------------

## ORDER

------------

We have considered the court reporter's request for an extension of time to file the reporter's record in this appeal.

The request is **GRANTED**.  The reporter's record is ORDERED due for filing in this court no later than **Monday, September 28, 2015**.  *NO FURTHER REQUEST FOR EXTENSION OF TIME SHOULD BE NECESSARY*.

The clerk of this court is directed to transmit a copy of the order to the attorneys of record, the trial court judge, and the court reporter.

DATED September 8, 2015.

PER CURIAM